JOSEPHINE JONES, as Administratrix of the Estate of JAMES WRIGHT, Deceased, Appellant, *v.* 416 PLEASANT AVENUE HOLDING CORP., Respondent.

Submitted November 24, 1952; decided January 15, 1953.

948

*Melvel W. Snitow* for motion.

No one opposed.

Motion denied. (See *Jones* v. *416 Pleasant Ave. Holding Corp.*, 304 N. Y. 893, decided herewith.)